**UNITED STATES of America v. Glenn E. MAXWELL.**

No. 6394.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1933.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Abe D. Waldauer, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**UNITED STATES of America, Appellant, v. RAY & GILA VALLEY RAILROAD COMPANY, Appellee.**

No. 7132.

Circuit Court of Appeals, Ninth Circuit.

Feb. 5, 1934.

Clifton Mathews, U. S. Atty., of Phœnix, Ariz., and Harold M. Stephens, Asst. Atty. Gen., and Elmer B. Collins, Sp. Asst. to Atty. Gen.

William Wallace and Chadbourne, Stanchfield & Levy, all of New York City, Thomas G. Nairn and Chalmers, Fennemore & Nairn, all of Phœnix, Ariz., and Russell G. Lucas, of Salt Lake City, Utah, for appellee.

Before WILBUR and GARRECHT, Circuit Judges, and NORCROSS, District Judge.

WILBUR, Circuit Judge.

Since this case was argued, the Supreme Court of the United States has decided the case of Butte, Anaconda & Pacific Ry. v. United States (November 20, 1933) 290 U. S.

127, 54 S. Ct. 108, 78 L. Ed. ——. On authority of that decision, the judgment is affirmed.

**UNITED STATES of America, Appellant, v. Byron Owen SEWELL, by His Guardian, Farmers' & Merchants' National Bank of Los Angeles, Appellee.**

No. 7393.

Circuit Court of Appeals, Ninth Circuit.

Feb. 7, 1934.

Peirson M. Hall, U. S. Atty., and M. G. Gallaher, Asst. U. S. Atty., both of Los Angeles, Cal.

Chenoweth & Whitehead, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America v. Charles WITT.**

No. 5134.

Circuit Court of Appeals, Seventh Circuit.

Jan. 18, 1934.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of Edward A. Fisher, assistant United States attorney, counsel for appellant, it is now here ordered by this court that this cause be docketed in this court instanter, and that this appeal be, and the same is hereby, dismissed.